CINCIE RICE v. THE STATE.

No. 9758.     Delivered October 14, 1925.

Robbery—No Statement of Facts—No Bills of Exception.

There being neither statement of facts nor bills of exception in this record, and no error appearing the cause is affirmed.

Appeal from the Criminal District Court No. 2 of Dallas County. Tried below before the Hon. Chas. A. Pippen, Judge.

Appeal from a conviction of robbery; penalty, seven years in the penitentiary.

No brief filed for appellant.

*Shelby S. Cox,* District Attorney, *Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is under Article 1030 of the Penal Code (Art. 1163 under the 1925 revision) of assault with intent to commit the offense of robbery, and his punishment assessed at confinement in the penitentiary for a term of seven years.

The record filed in this court is not accompanied by any statement of facts and contains no bills of exception. The indictment appears regular and we find no question presented for review in the condition of the record.

The cause is ordered affirmed.

*Affirmed.*